IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ABDUL MUHAMMAD WILLIAMS, JR.,    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )
                                 )    1:25-cv-575
P GOMEZ, ACHEVEDO, BURTON,       )
HARRISON, NOBLE, LT. CRISS,      )
and CPT ROYSTER,                 )
                                 )
          Defendants.            )
```

**ORDER**

On July 16, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing new Complaints, on the proper forms and in the proper districts, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of October, 2025.

                                                  /s/ William L. Osteen, Jr.
                                      United States District Judge